

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2013

No. 04-13-00656-CR

Jesus **CARDOSO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 371974
Honorable Scott Roberts, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on October 30, 2013.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2013.

_____
Keith E. Hottle, Clerk